IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) NO. 3:25-cv-01075 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| ASURION INSURANCE SERVICES, | ) MAGISTRATE JUDGE FRENSLEY |
| INC., and NICHOLAS ROSARIO, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Joint Status Report filed by Plaintiff Jane Doe and Defendant Asurion Insurance Services, Inc. ("Asurion") (Doc. No. 24) clarifying that the resolution reached is only between those parties and that Plaintiff's claims against Defendant Nicolas Rosario will remain pending. Accordingly, the prior directive to administratively close the case (*see* Doc. No. 22) is RESCINDED. The Clerk shall reopen the file. The order directing Doe and Asurion to file a proposed agreed order of compromise and dismissal or stipulation of dismissal by February 12, 2026, remains unchanged. In addition, by that same date, Doe and the remaining defendant, Nicolas Rosario, shall file a joint status update and motion to reset the initial case management conference.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE