IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff(s), | ) |
| v. | ) Case No 3:25-cv-01075 |
| | ) Judge Campbell/Frensley |
| ASURION INSURANCE SERVICES, INC., et al., | ) |
|     Defendant(s). | ) |

**O R D E R**

An Initial Case Management Conference is scheduled for March 13, 2026 at 8:00 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344. A proposed case management order shall be filed three (3) days before the conference. Additionally, the proposed order shall also be emailed to chambers at frensleychambers@tnmd.uscourts.gov in Word format.

**IT IS SO ORDERED**.

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**