**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff(s)<br><br>v.<br><br><br>ASURION INSURANCE SERVICES, INC., *et al.*,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 3:25-cv-01075<br>Judge Campbell/Frensley |

**<u>O R D E R</u>**

Due to a conflict in the Court's calendar, the Case Management Conference set for October 19, 2026 at 9:00 a.m. is hereby reset to October 19, 2026 at 8:00 a.m. via telephone. All parties shall call **1-855-244-8681**, and when prompted for the access code, enter **23139129180#** to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

IT IS SO ORDERED.

JEFFERY S. FRENSLEY
United States Magistrate Judge